UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JENNIFER RASPARDO, NEEDASABRINA RUSSELL AND GINA SPRING | : : : : | CIVIL ACTION NO. 3:09CV1321 (AWT) |
| V. | : : | |
| CITY OF NEW BRITAIN, ET AL. | : | APRIL 27, 2012 |

## NOTICE OF APPEAL

Notice is hereby given that Defendants William Gagliardi, Thomas Steck, Kenneth Panetta and Anthony Paventi hereby jointly appeal to the United States Court of Appeals for the Second Circuit from the following decision of this Court:

> ORDER RE DEFENDANTS' (OTHER THAN CARLONE) MOTION
> FOR SUMMARY JUDGMENT, by *Thompson, J.*,

More particularly, Defendants Gagliardi, Steck, Pannetta and Paventi appeal from the Court's Order to the extent that it denied them summary judgment on qualified immunity grounds. The "Order Re Defendants' (Other than Carlone) Motion for Summary Judgment" was entered on March 29, 2012, and is attached hereto as Exhibit A.

DEFENDANT,
ANTHONY PAVENTI

By          /s/
Joseph W. McQuade, ct12121
Kainen, Escalera & McHale, P.C.
21 Oak Street, Suite 601
Hartford, CT  06106
(860) 493-0870 (tel.)
(860) 493-0871 (fax)
jmcquade@kemlaw.com
His Attorney

DEFENDANTS,
WILLIAM GAGLIARDI, THOMAS
STECK & KENNETH PANETTA

By          /s/
Joseph E. Skelly, Jr., ct05453
Irena J. Urbaniak,  ct01322
Office of the Corporation Counsel
City of New Britain
27 West Main Street
New Britain, CT  06051
(860) 826-3420 (tel.)
(860) 826-3397 (fax)
Jskelly@NewBritainCT.gov
Iurbaniak@NewBritainCT.gov
Their Attorneys

## **CERTIFICATION OF SERVICE**

The undersigned certifies that on this 27th day of April, 2012, a copy of the foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties who have appearances as of the time of this filing, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                    /s/
                                        Joseph W. McQuade, ct12121

48790