**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of October, two thousand and fourteen.

Before:    Ralph K. Winter,
           Gerard E. Lynch,
           Christopher F. Droney
               *Circuit Judges.*

_____

Jennifer Raspardo, Needasabrina Russell, Gina Spring,

Plaintiffs - Appellees,

                                                **JUDGMENT**
                                                Docket Nos. 12-1686(L)
                                                            12-1870(Con)

v.

John Carlone, William Gagliardi, Thomas Steck, Kenneth Panetta,
Anthony Paventi,

Defendants - Appellants,

City of New Britain, New Britain Police Department,

Defendants.

_____

The appeal in the above captioned case from orders of the United States District Court for the District of Connecticut was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the orders of the district court are AFFIRMED in part, REVERSED in part and REMANDED for further proceedings in accordance with the opinion of this court.

                                                                    For The Court:

                                                                    Catherine O'Hagan Wolfe,
                                                                    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 10/28/2014**